UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LYNN GAVIN,

        Plaintiff,

   v.

UNIVERSITY OF CALIFORNIA, et al.,

        Defendants.

No. 2:16-cv-2316-JAM-EFB PS

ORDER

    On October 6, 2016, the magistrate judge filed findings and recommendations herein which were served on plaintiff and which contained notice that any objections to the findings and recommendations were to be filed within fourteen days. Despite an extension of time granted to plaintiff, no objections were filed.

    The court has reviewed the applicable legal standards and, good cause appearing, concludes that it is appropriate to adopt the proposed Findings and Recommendations in full.

    Accordingly, IT IS ORDERED that:

1. The proposed Findings and Recommendations filed October 6, 2016, are ADOPTED;
2. Plaintiff's complaint is dismissed without leave to amend;
3. Plaintiff's motion for a temporary restraining order, ECF No. 3, is denied as moot; and
4. The Clerk is directed to close the case.

DATED: November 14, 2016

                              /s/ John A. Mendez_____

                              UNITED STATES DISTRICT COURT JUDGE