# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

**JUDGMENT IN A CIVIL CASE**

**LYNN GAVIN,**

CASE NO: **2:16–CV–02316–JAM–EFB**

v.

**UNIVERSITY OF CALIFORNIA, ET AL.,**

---

**XX** –– **Decision by the Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

**THAT JUDGMENT IS HEREBY ENTERED IN ACCORDANCE WITH THE COURT'S ORDER FILED ON 11/15/16**

**Marianne Matherly**
Clerk of Court

ENTERED: **November 15, 2016**

by: /s/ S. Washington
Deputy Clerk